**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Melecio ALDANA–ORTIZ,**
**Defendant–Appellant.**

**No. 09–50276.**

United States Court of Appeals,
Ninth Circuit.

Submitted May 25, 2010.*

Filed June 18, 2010.

Michael Lewis Merriman, Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

James M. Chavez, Esquire, Trial, San Diego, CA, for Defendant–Appellant.

Before: CANBY, THOMAS, and W. FLETCHER, Circuit Judges.

MEMORANDUM **

Melecio Aldana–Ortiz appeals from the 68–month sentence imposed following his

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

**634**

guilty-plea conviction for attempted entry after deportation, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Aldana–Ortiz contends that the district court procedurally erred by: (1) failing to respond to his non-frivolous argument that a sixteen-level enhancement, under U.S.S.G. § 2L1.2, was sufficient to compensate for any underrepresentation in his criminal history score, and (2) focusing on the need for deterrence to the exclusion of the other 18 U.S.C. § 3553(a) sentencing factors. The record reflects that the district court did not procedurally err. *See United States v. Carty*, 520 F.3d 984, 992–93 (9th Cir.2008) (en banc).

Aldana–Ortiz further contends that his sentence is substantively unreasonable under *United States v. Amezcua–Vasquez*, 567 F.3d 1050, 1056 (9th Cir.2009), because the sixteen-level enhancement was predicated on a "stale" conviction. In light of the totality of the circumstances of this case and the § 3553(a) sentencing factors, the sentence is substantively reasonable. *See United States v. Valencia–Barragan*, 600 F.3d 1132, 1137 (9th Cir.2010); *United States v. Higuera–Llamos*, 574 F.3d 1206, 1211–12 (9th Cir.2009); *cf. Amezcua–Vasquez*, 567 F.3d at 1055–57.

**AFFIRMED.**